635

Circuit denied. *Mr. Isadore Levin* for petitioner. *Messrs. James R. Breakey, Frank C. Cook,* and *John P. O'Hara* for respondent.

No. 475. MUTUAL LIFE INSURANCE Co. *v.* GREGORY ET AL. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Wm. Marshall Bullitt, Frederick L. Allen,* and *A. F. House* for petitioner. *Mr. Ross Mathis* for respondents.

No. 483. SHAWKEE MANUFACTURING Co. ET AL. *v.* HARTFORD-EMPIRE Co. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. William B. Jaspert, Hugh M. Morris,* and *Lawrence C. Kingsland* for petitioners. *Messrs. Thomas G. Haight, William J. Belknap,* and *Clarence P. Byrnes* for respondent.

No. 484. UNITED STATES RADIATOR CORP. *v.* HENDERSON. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. James H. Pershing* for petitioner. No appearance for respondent.

No. 487. WOLFE *v.* TRAVELERS INSURANCE Co. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. R. W. Price* for petitioner. *Mr. C. M. Horn* for respondent.